# United States District Court
## Southern District of Georgia

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2018 NOV -6 PM 3: 05
CLERK_____
SO. DIST. OF GA.

Victor McRae
_____
Plaintiff

v. Ben Hill Co., et al
_____
Defendant

Case No. 3:18 cv 00077-DHB-BKE

Appearing on behalf of
Plaintiff
_____
(Plaintiff/Defendant)

### ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This 6th day of November, 2018.

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

*****

NAME OF PETITIONER: Todd Edwin Barbee

Business Address: Barbee Law Firm
Firm/Business Name

2226 Arrowhead Blvd
Street Address

Jonesboro | GA | 30236
Street Address (con't) | City | State | Zip

same
Mailing Address (if other than street address)

Address Line 2 | City | State | Zip

404-855-3838 | 792159
Telephone Number (w/ area code) | Georgia Bar Number

Email Address: tbarbeelaw@gmail.com