FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2018 NOV 30 PM 1:54
CLERK J. Hodge
SO. DIST. OF GA.

# United States District Court
## Southern District of Georgia

Victor McRae

_____
Plaintiff

v.  Telfair County, Georgia, et al.

_____
Defendant

Case No. 3:18-cv-00077-DHB-BKE

Appearing on behalf of Plaintiff

(Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This 30th day of Nov., 2018

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

*****

| | |
|---|---|
| NAME OF PETITIONER: | Quinton Spencer Seay |
| Business Address: | Stewart, Seay & Felton, LLC |
| | Firm/Business Name |
| | 260 Peachtree Street, NW, Suite 1001 |
| | Street Address |
| | Atlanta, GA, 30303 |
| | Street Address (con't) / City / State / Zip |
| | Mailing Address (if other than street address) |
| | Address Line 2 / City / State / Zip |
| | (404) 637-0240 |
| | Telephone Number (w/ area code) |
| | 634025 |
| | Georgia Bar Number |
| Email Address: | qseay@ssfjustice.com |